# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, J.P. ELLINGTON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## FRANCIS P. HORSELOOKING
## CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201500294
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 15 May 2015.
**Military Judge**: Col D.J. Daughtery, USMC.
**Convening Authority**: Commanding General, 1st Marine Aircraft Wing, Okinawa, Japan.
**Staff Judge Advocate's Recommendation**: Capt G.D. Boenecke, USMC.
**For Appellant**: Maj Jeffrey Stephens, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**22 December 2015**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court